1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California 94611
3  Telephone: 510-583-9622
   Facsimile: 510-886-7218
4
5  Attorney for Ricardo SANCHEZ GUTIERREZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 12-0634 WHA |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING STATUS HEARING DATE** |
| vs. | |
| RICARDO SANCHEZ GUTIERREZ, | |
| Defendant. | |

**STIPULATION**

The parties stipulate as follows:

1. Counsel for Mr. Sanchez Gutierrez recently received discovery materials numbering over 400 pages. While counsel has reviewed the discovery, it has become apparent that Mr. Sanchez Gutierrez will require the services of a Spanish interpreter to fully appreciate the written materials. Having a future Status Hearing date after September 18, 2012 will allow counsel to arrange for the services of a Spanish interpreter to accompany counsel to the facility where Mr. Sanchez Gutierrez is housed, review the discovery, and report to the Court a more accurate status assessment.

2. Counsel for the Government has no objection to this matter being continued until October 2, 2012 at 2:00 p.m.

3. The parties further stipulate and agree that the time between September 18, 2012 and October 2, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: September 12, 2012

*-S-*
_____
J. MARK KANG
Special Assistant United States Attorney

DATED: September 12, 2012

*-S-*
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant GUTIERREZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 12-0634 WHA |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| RICARDO SANCHEZ GUTIERREZ, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the Status Hearing scheduled for September 18, 2012 be vacated and rescheduled for October 2, 2012, at 2:00 p.m. Time shall be excluded from September 18, 2012 through October 2, 2012 to facilitate the effective preparation of counsel.

DATED: September 17, 2012. _____
Hon. WILLIAM H. ALSUP
United States District Judge