IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO SANCHEZ GUTIERREZ,

Defendant.
                                                    /

No. CR 12-00634 WHA

**FINAL PRETRIAL ORDER**

**FOR GOOD CAUSE** and after a final pretrial conference, the Court issues the following final pretrial order:

1. This case shall go to a **BENCH TRIAL** on **JANUARY 2, 2013**, at **7:30 A.M.**, and shall continue until completed on the schedule discussed at the conference.

2. Except for good cause, each party is limited to the witnesses and exhibits disclosed in the parties' witness lists and pretrial conference statement less any excluded or limited by an order *in limine*. Materials or witnesses used solely for impeachment need not be disclosed and may be used, subject to the rules of evidence.

3. No explicit time limit was imposed by the Court. The parties are advised, however, to be efficient in their use of time.

4. The parties shall follow the Court's current *Guidelines for Trial and Final Pretrial Conference*, separately provided and available on the Internet at http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

**IT IS SO ORDERED.**

Dated: December 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE